UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

v.                                            Case No: 8:13-cv-2290-T-36MAP

GARY PAWLOSKI,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on July 14, 2014 (Doc. 39). In the Report and Recommendation, Magistrate Judge Pizzo recommends that Plaintiff Unum Life Insurance Company of America's ("Unum") Motion for Fees (Doc. 35) be granted in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 39) is adopted, confirmed, and approved in all respects, and is made a part of this Order for all purposes, including appellate review.

(2)     The Motion for Fees (Doc. 35) is **GRANTED in part**; and

(3)  Plaintiff Unum is awarded $1,277.50 in attorneys' fees and $165.00 in costs, for a total of $1,442.50. The Clerk is directed to enter a judgment in favor of Plaintiff as to fees and costs in the amount of $1,442.50.

**DONE AND ORDERED** in Tampa, Florida on August 7, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record
Unrepresented Parties